No. 87., WHITE v. TEXAS.

April 22, 1940. This cause is set for May 20, 1940, in order to afford to the State of Texas the opportunity to present its contentions upon the questions set forth in subdivisions (e), (f), (g), (h), and (j) of paragraph 4 of its petition for rehearing. The case will be heard on briefs and oral argument, or on briefs alone if that is desired, briefs to be filed and served on or before the date above mentioned. *Mr. Carter Wesley* for petitioner. Messrs. *Gerald C. Mann,* Attorney General of Texas, *George W. Barcus,* Assistant Attorney General, and *Lloyd W. Davidson* for respondent.

No. —, original. EX PARTE ALBERT LEIGHTON. April 22, 1940. Motion for leave to file petition for writ of mandamus denied.

No. —, original. EX PARTE SAMUEL WHITE; and

No. —, original. EX PARTE JAMES J. WALSH. April 22, 1940. Motions for leave to file petitions for writs of habeas corpus denied.